No. 84–465. BLACK, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS AND HUMAN RESOURCES, ET AL. *v.* ROMANO. C. A. 8th Cir. [Certiorari granted, *ante,* p. 1033.] Motion for appointment of counsel granted, and it is ordered that Jordan B. Cherrick, Esquire, of St. Louis, Mo., be appointed to serve as counsel for respondent in this case.

No. 84–571. WALTERS, ADMINISTRATOR OF VETERANS' AFFAIRS, ET AL. *v.* NATIONAL ASSOCIATION OF RADIATION SURVIVORS ET AL. Appeal from D. C. N. D. Cal. Probable jurisdiction noted.

No. 84–592. WILLIAMS ET AL. *v.* VERMONT ET AL. Appeal from Sup. Ct. Vt. Probable jurisdiction noted.

No. 84–5743. BALDWIN *v.* ALABAMA. Sup. Ct. Ala. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–2060. CLAPPS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–2160. ELLIOTT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–6481. DICKINSON *v.* PEEPLES. C. A. 11th Cir. Certiorari denied.

No. 83–6908. NICHOLS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 84–82. PARKER *v.* TEXAS. Ct. App. Tex., 6th Sup. Jud. Dist. Certiorari denied.

No. 84–87. HANES *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 7th Cir. Certiorari denied.